UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DAMON JONES, on behalf of himself and all others        :
similarly situated                                                       :
:
Plaintiff,                 :                22 Civ. 6767 (JPC)
:
-v-                                 :                ORDER
:
CHANGING HANDS BOOKSTORE, INC.,                     :
:
Defendant.            :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 7, 2022, the Court ordered the parties to submit a joint letter and proposed

case management plan and scheduling order no later than seven days prior to the initial pre-trial

conference, which is scheduled for December 14, 2022.  Dkt. 10 at 2.  The docket does not reflect

that those filings have been made, however, even though today's date is fewer than seven days prior

to the scheduled conference.  The parties are therefore ordered to promptly submit the joint letter

and proposed case management plan and scheduling order described in the Court's Order of

November 7, 2022.

SO ORDERED.

Dated: December 9, 2022
New York, New York                        _____
                                                          JOHN P. CRONAN
                                                     United States District Judge