UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                           :

DAMON JONES, on behalf of himself and all others    :
similarly situated

                                     :

                  Plaintiff,           :          22 Civ. 6767 (JPC)

                                     :

        -v-                          :          <u>ORDER</u>

                                     :

CHANGING HANDS BOOKSTORE, INC.,      :

                                   :

                Defendant.       :

                                     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     On November 7, 2022, the Court ordered the parties to appear for an initial pre-trial conference at 3:00 p.m. on December 14, 2022, and to file a joint status letter and proposed civil case management plan and scheduling order by December 7, 2022, in preparation for that conference. Dkt. 10. After the parties failed to file that letter and proposed order by December 7, 2022, the Court issued a further order on December 9, 2022 ordering the parties to submit that letter and proposed order promptly. Dkt. 11. Neither party appeared for the December 14, 2022 conference, and the parties are still out of compliance with the Court's orders to submit the joint status letter and proposed civil case management plan and scheduling order. The parties are therefore ordered to file a joint status letter by Monday, December 19, 2022, informing the Court of the present status of this case and explaining why the parties have not complied with the Court's Orders at Docket Numbers 10 and 11.

     SO ORDERED.

Dated: December 15, 2022
      New York, New York                          _____
                                              JOHN P. CRONAN
                                      United States District Judge